# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

Case No.: 17-14394

---

GULF COAST REBAR, Inc.,

Petitioner,

v.

NATIONAL LABOR RELATIONS BOARD,

Respondent.

---

## MOTION TO INTERVENE ON BEHALF OF
## IRON WORKERS REGIONAL DISTRICT COUNCIL

---

Michael A. Evans,
Missouri Bar No. 58583, *pro hac vice pending*
HARTNETT GLADNEY HETTERMAN, L.L.C.
4399 Laclede Avenue
St. Louis, Missouri 63108
Telephone:  314-531-1054
Facsimile:  314-531-1131

Counsel for Proposed Intervenor
Iron Workers Regional District Council

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

| | | |
|---|---|---|
| GULF COAST REBAR, Inc., | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No.   17-14394 |
| | ) | |
| NATIONAL LABOR RELATIONS BOARD, | ) | |
| | ) | |
| Respondent. | ) | |

## IRON WORKERS REGIONAL DISTRICT COUNCIL'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Eleventh Circuit Rule 26.1-1, proposed intervenor Iron Workers Regional District Council hereby provides the following Certificate of Interested Persons and Corporate Disclosure Statement:

1.     The name of all trial judges, attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, publicly held corporations that own 10% or more of the party's stock, and other identifiable legal entities related to a party:

James Allen
National Labor Relations Advocates LLC
922 Dry Valley
Villa Hills, KY 41017
Counsel for Petitioner

Michael A. Evans, Esq.
Hartnett Gladney Hetterman, LLC
4399 Laclede Avenue
St. Louis, MO 63108
Counsel for Iron Workers Regional District Council

Hartnett Gladney Hetterman, LLC
4399 Laclede Avenue
St. Louis, MO 63108
Counsel for Iron Workers Regional District Council

Mary Ruth Houston, Esq.
Shutts & Bowen LLP
P.O. Box 4956
Orlando, FL 32802-4956
Counsel for Petitioner

Iron Workers Regional District Council
208 East New York Avenue
Deland, FL 32724

Caroline Leonard, Esq. NLRB Region 12
201 E. Kennedy Blvd., Suite 530
Tampa, FL 33602-5824
Counsel for NLRB General Counsel

Lauren McFerren
NLRB Member
1015 Half Street SE
Washington, D.C. 20570-0001

Philip A. Miscimarra
NLRB Chairman
1015 Half Street SE
Washington, D.C. 20570-0001

National Labor Relations Advocates LLC
922 Dry Valley
Villa Hills, KY 41017
Counsel for Petitioner

Mark G. Pearce
NLRB Member
1015 Half Street SE
Washington, D.C. 20570-0001

Paul J. Scheck, Esq.
Shutts & Bowen LLP
P.O. Box 4956
Orlando, FL 32802-4956
Counsel for Petitioner

Honorable Gary Shinners
National Labor Relations Board Executive Secretary
1015 Half Street SE
Washington, D.C. 20570-0001

Shutts & Bowen, LLP
P.O. Box 4956
Orlando, FL 32802-4956
Counsel for Petitioner

Christopher Zerby, Esq.
NLRB Region 12
201 E. Kennedy Blvd., Suite 530
Tampa, FL 33602-5824
Counsel for NLRB General Counsel


2.    The name of every other entity whose publicly traded stock, equity, or

debt may be substantially affected by the outcome of the proceedings:

    None.

Respectfully submitted this 18th day of October, 2017.

**MICHAEL A. EVANS**
Missouri Bar No. 58583, *pro hac vice*
mevans@hghllc.net
HARTNETT GLADNEY HETTERMAN, LLC
4399 Laclede Avenue
St. Louis, MO 63108
Telephone:  314-531-1054
Facsimile:   314-531-1131

Counsel for Proposed Intervenor

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

| | |
|---|---|
| GULF COAST REBAR, Inc., | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. 17-14394 |
| | ) |
| NATIONAL LABOR RELATIONS BOARD, | ) |
| | ) |
| Respondent. | ) |

## MOTION TO INTERVENE ON BEHALF OF
## IRON WORKERS REGIONAL DISTRICT COUNCIL

Iron Workers Regional District Council, the charging party in this matter, hereby moves this Court for an order permitting it to intervene in this proceeding. Intervention is sought under Federal Rule of Appellate Procedure 15(d). Charging parties such as Iron Workers Regional District Council are permitted intervention in a proceeding seeking enforcement of an order of the National Labor Relations Board. Int'l Union, United Auto., Aerospace & Agr. Implement Workers of Am. AFL-CIO, Local 283 v. Scofield, 382 U.S. 205, 208 (1965).

WHEREFORE, Iron Workers Regional District Council requests that this Court grant its motion to intervene.

Respectfully submitted this 18th day of October, 2017.

**MICHAEL A. EVANS**
Missouri Bar No. 58583, *pro hac vice*
mevans@hghllc.net
HARTNETT GLADNEY HETTERMAN, LLC
4399 Laclede Avenue
St. Louis, MO 63108
Telephone:  314-531-1054
Facsimile:  314-531-1131

Counsel for Proposed Intervenor

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 18, 2017, the foregoing was filed electronically via the Clerk of the Court's CM/ECF electronic filing system with copies electronically served upon the following:

Mary Ruth Houston
Paul J. Scheck
Shutts & Bowen, LLP
300 South Orange Avenue, Suite 1000
Orlando, FL 32801

Linda Dreeben
National Labor Relations Board
1015 Half Street, SE
Washington, DC 20570

**MICHAEL A. EVANS**